COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TELESIS/PARKWOOD RETIREMENT I, LTD., TELESIS/PARKWOOD RETIREMENT, INC., TELESIS MANAGEMENT CORPORATION, PARTY DOING BUSINESS AS PARKWOOD RETIREMENT COMMUNITY, AND PARTY DOING BUSINESS AS THE TELESIS COMPANY, | § § § § § § § | No. 08-13-00029-CV Appeal from the 153rd District Court of Tarrant County, Texas (TC#153-242312-09) |
| Appellants, | § | |
| v. | § | |
| EDNA ANDERSON, | § | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF MARCH, 2015.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating